## UNITED STATES DISTRICT COURT
## DISTRICT OF VERMONT

| | |
|---|---|
| Nilay Kamal Patel and Rachel A. Gladstone,<br><br>    Plaintiffs,<br><br>   v.<br><br>University of Vermont and State Agricultural College,<br><br>    Defendant. | Court File No.  5:20-cv-61-gwc<br><br>**DEFENDANT'S FOURTH NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF ITS MOTION TO DISMISS** |

Defendant respectfully notifies the Court of the following supplemental authority in further support of its Motion to Dismiss Plaintiffs' Class Action Complaint:

- *Doe v. Emory Univ.*, No. 1:20-CV-2002-TWT, 2021 WL 358391 (N.D. Ga. Jan. 22, 2021), attached hereto as Exhibit 1.

Dated: February 8, 2021

                                               OFFICE OF THE GENERAL COUNSEL

                                               /s/ *Sharon Reich Paulsen*
                                               Sharon Reich Paulsen – 5680
                                               *Sharon.Reich.Paulsen@uvm.edu*

                                               Office of the General Counsel
                                               UNIVERSITY OF VERMONT
                                               Waterman 357
                                               Burlington, VT  05405-0160
                                               Telephone:  +1 802 656 8585

                                               FAEGRE DRINKER BIDDLE & REATH LLP

                                               Sean R. Somermeyer (*admitted pro hac vice*)
                                                 *sean.somermeyer@faegredrinker.com*
                                               Andrew B. Murphy (*admitted pro hac vice*)
                                                 *andrew.murphy@faegredrinker.com*

-2-

2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55402
Telephone: +1 612 766-7000

Attorneys for Defendant