# UNITED STATES DISTRICT COURT
# DISTRICT OF VERMONT

| | |
|---|---|
| Nilay Kamal Patel and Rachel A. Gladstone, <br><br> Plaintiffs, <br><br> v. <br><br> University of Vermont and State Agricultural College, <br><br> Defendant. | Court File No. 5:20-cv-61-gwc <br><br> **DEFENDANT'S FIFTH NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF ITS MOTION TO DISMISS** |

Defendant respectfully notifies the Court of the following supplemental authority in further support of its Motion to Dismiss Plaintiffs' Class Action Complaint:

- *Oyoque v. DePaul Univ.*, No. 20 C 3431, 2021 WL 679231 (N.D. Ill. Feb. 21, 2021), attached hereto as Exhibit 1.

Dated: February 23, 2021

OFFICE OF THE GENERAL COUNSEL

/s/ *Sharon Reich Paulsen*
Sharon Reich Paulsen – 5680
*Sharon.Reich.Paulsen@uvm.edu*

Office of the General Counsel
UNIVERSITY OF VERMONT
Waterman 357
Burlington, VT  05405-0160
Telephone:  +1 802 656 8530

FAEGRE DRINKER BIDDLE & REATH LLP

Sean R. Somermeyer (*admitted pro hac vice*)
 sean.somermeyer@faegredrinker.com
Andrew B. Murphy (*admitted pro hac vice*)
 andrew.murphy@faegredrinker.com

2200 Wells Fargo Center
90 South Seventh Street

-2-

        Minneapolis, MN  55402
        Telephone: +1 612 766-7000

        Attorneys for Defendant