UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

| | |
|---|---|
| NILAY KAMAL PATEL and RACHEL A. GLADSTONE, | Case No. 5:20-cv-00061-gwc |
| Plaintiffs, | |
| vs. | |
| UNIVERSITY OF VERMONT AND STATE AGRICULTURAL COLLEGE, | |
| Defendant. | |

## NOTICE OF WITHDRAWAL

The Plaintiffs by and through undersigned counsel withdraws Plaintiff's Motion for More Definite Statement (ECF Docket No. 58).

Dated: March 22, 2021

**Ice Legal, P.A.**
Attorney for Plaintiffs
20 Portsmouth Ave. Suite 1, No. 225
Stratham, NH 03885
Telephone (603) 242-1503
tom.ice@icelegal.com
ariane.ice@icelegal.com
service@icelegal.com

By: /s/ Ariane Ice
ARIANE ICE

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a true and correct copy of the above has been served this 22nd day of March, 2021 to the below parties via Email:

John J. Collins, Esq.
University of Vermont
Office of the General Counsel
357 Waterman Building
85 South Prospect Street
Burlington, Vermont 05405
Telephone: + 1 - 802-656-8585
John.J.Collins@uvm.edu

Andrew B. Murphy, Esq.
Faegre Drinker Biddle & Reath LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
(612) 766-7000
Fax: (612) 766-1600
andrew.murphy@faegredrinker.com

Sean R. Somermeyer , Esq.
Faegre Drinker Biddle & Reath LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
(612) 766-7000
Fax: (612) 766-1600
sean.somermeyer@faegredrinker.com