UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

| | |
|---|---|
| Nilay Kamal Patel and Rachel A. Gladstone,<br><br>Plaintiffs,<br><br>v.<br><br>University of Vermont and State Agricultural College,<br><br>Defendant. | Court File No. 5:20-cv-00061-gwc<br><br><br>**DEFENDANT'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT FOR LACK OF SUBJECT MATTER JURISDICTION** |

Defendant University of Vermont and State Agricultural College hereby moves the United States District Court, District of Vermont for an Order Dismissing Plaintiffs' Complaint for lack of subject matter jurisdiction.

Defendant's motion is based upon Plaintiffs' Complaint, the documents necessarily embraced therein, the Court's prior orders in this action, Defendant's Memorandum of Law in Support of its Motion to Dismiss, the Declarations of Marie Johnson and Kim Howard in support of Defendant's Motion, and the exhibits attached thereto.

Dated: April 23, 2021

OFFICE OF THE GENERAL COUNSEL

/s/ *Sharon Reich Paulsen*
Sharon Reich Paulsen – 5680
*Sharon.Reich.Paulsen@uvm.edu*

Office of the General Counsel
UNIVERSITY OF VERMONT
Waterman 357
Burlington, VT  05405-0160
Telephone:  +1 802 656 8530

FAEGRE DRINKER BIDDLE & REATH LLP

Andrew B. Murphy (*admitted pro hac vice*)

-2-

andrew.murphy@faegredrinker.com
Sean R. Somermeyer (*admitted pro hac vice*)
sean.somermeyer@faegredrinker.com

2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55402
Telephone: +1 612 766-7000

Attorneys for Defendant

US.132546237.01